UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-0207 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **KEVIN M. MILLER** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorneys MICHAEL LIEBMAN, Michael.Liebman@usdoj.gov and PATRICIA STEWART, Patricia.Stewart@usdoj.gov, This is also notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
MICHAEL LIEBMAN
D.C. Bar Number 479562
(202) 305-1916


_____
BY:   PATRICIA STEWART
Assistant United States Attorney
D.C. Bar No. 358910
5554th Street, N.W. Room 4247
Washington, D.C. 20530
(202) 514-7064