UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  **06-207 (RWR)** |
| v. | : | GRAND JURY ORIGINAL |
| **KEVIN M. MILLER,** | : | VIOLATION:  18 U.S.C. §922(g)(1) |
| **also known as Kelvin Miller,** | : | (Unlawful Possession of a Firearm and |
| **Defendant.** | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about June 20, 2006, within the District of Columbia, **KEVIN M. MILLER, also known as Kelvin Miller**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 98-442-01 and in the D.C. Superior Court Criminal Case No. F1365-95, did unlawfully and knowingly receive and possess a firearm, that is, Bryco Jennings 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia