UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-2079(RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **KEVIN M. MILLER** | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney PATRICIA STEWART, Patricia.Stewart@usdoj.gov, no longer represents the United States in this case. The United States will continue to be represented by Assistant United States Attorney Michael Liebman, Michael.Liebman@usdoj.gov, who has previously entered his appearance in this case.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN.
                                          United States Attorney

                                          _____

                          BY:      PATRICIA STEWART
                                          Assistant United States Attorney
                                          D.C. Bar No. 358910
                                          5554th Street, N.W. Room 4247
                                          Washington, D.C. 20530
                                          (202) 514-7064