UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Cr. No. 06-207-RWR |
| : | |
| **v.** : | |
| : | |
| **KEVIN M. MILLER,** : | |
| **Defendant** : | |

O R D E R

   Upon consideration of the government's motion to introduce evidence of other crimes and bad acts pursuant to rule 404(b), any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

                                            _____
                                            Richard W. Roberts
                                            United States District Judge

_____
date