THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 06-207 (RWR) |
| E. | ) | |
| | ) | |
| KEVIN MILLER | ) | |
| | ) | |

**ORDER**

_____Upon consideration of Defendant's Motion to Suppress Evidence and the response thereto, it is by the Court hereby

ORDERED that the motion is GRANTED, that all evidence seized as a result of Mr. Miller's arrest is SUPPRESSED.

**SO ORDERED.**

_____

THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Michael Lieber, AUSA
Lara G. Quint, AFPD