THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Cr. No. 06-207 (RWR) |
| **v.** ) | |
| ) | |
| **KEVIN MILLER** ) | |
| _____ ) | |

**ORDER**

Upon consideration of the government's Motion to Admit Rule 404(B) Evidence and the response thereto, it is by the Court hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____        _____

DATE                          RICHARD W. ROBERTS
                              UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD