THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                              )<br>         v.                   )<br>                              )<br>KEVIN MILLER                  )<br>_____) | Cr. No. 06-207 (RWR) |

**ORDER**

Upon consideration of the government's Motion to Impeach Defendant with Prior Convictions Pursuant to Rule 609 and the response thereto, it is by the Court hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____                              _____

DATE                                           RICHARD W. ROBERTS
                                               UNITED STATES DISTRICT JUDGE


Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD