**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**      :    **No. 06-cr-207-RWR**

                 : 

         **v.**                : 

                 : 

**KEVIN M. MILLER,**            : 

       **Defendant**          : 

O R D E R

Upon consideration of the defendant's motion to suppress tangible evidence, the government's opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is DENIED.

_____
Richard W. Roberts
United States District Judge

_____
date