UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. 1:06-cr-207-RWR |
| | ) |
| **KEVIN MILLER** | ) |

<u>Consent Motion To Continue Hearing</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the hearing in the above matter, now scheduled for October 11, 2006, to October 19, 2006, at any time between 12 noon and 1 p.m.  As grounds for the motion, the government advises that counsel for both parties are currently in trial and unavailable to attend a hearing on October 11.

Counsel for defendant Kevin Miller has advised that the defendant does not oppose this motion.  A proposed order is attached.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                    United States Attorney

by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
353-2385
michael.liebman@usdoj.gov