UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
|                      ) | |
|        v.                 ) | No. 1:06-cr-207-RWR |
|                      ) | |
| **KEVIN MILLER**                ) | |

## O R D E R

    Upon the unopposed motion of the government, and for good cause shown, it is hereby ORDERED that the hearing in the above matter now scheduled for October 11, 2006, is re-set for October 19, 2006, at _____, in courtroom 9.

_____                                            _____
date                                                        Richard W. Roberts
                                                            U.S. District Judge
                                                            District of Columbia