UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 11 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) No. 1:06-cr-207-RWR
)
KEVIN MILLER )

ORDER

Upon the unopposed motion of the government, and for good cause shown, it is hereby ORDERED that the hearing in the above matter now scheduled for October 11, 2006, is re-set for October 19, 2006, at 12:45 pm, in courtroom 9. Speedy trial time is excluded from today until October 19, 2006 based upon the same findings and for the same reasons as were articulated on the record in open court at the hearing on September 12, 2006.

10/11/06
date

Richard W. Roberts
U.S. District Judge
District of Columbia