THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-207 (RWR) |
| v. ) | |
| ) | |
| KEVIN MILLER ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Trial, it is by the Court hereby

ORDERED that the Motion is GRANTED, that the trial date of January 4, 2007 is VACATED, and that trial is continued until _____.

SO ORDERED.

_____                                       _____

DATE                                                                          RICHARD W. ROBERTS
                                                                                     UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD