IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-207 (RWR) |
| v. ) | |
| ) | |
| KEVIN MILLER ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Kevin Miller, through undersigned counsel, respectfully requests this Honorable Court to continue the trial currently scheduled for January 4, 2007 until January 8, 2007. In support of his motion, Mr. Miller states the following:

Undersigned counsel is one of three Assistant Federal Public Defenders representing a client whose drug-trafficking trial is scheduled for May, 2007. At the time that trial in the above-captioned case was scheduled, counsel did not realize that a motions hearing was scheduled in the drug-trafficking case for Friday, January 5th. As counsel is the only Spanish-speaking attorney on the team, she would like to be present at the motions hearing in order to communicate with the client. For this reason, Mr. Miller asks that his trial be continued from Thursday, January 4, 2007 until Monday, January 8, 2007. Counsel is available any time in January, should the Court not be available for the duration of the week of January 8th. Counsel has contacted counsel for the government and the latter has no opposition to this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500