THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
      v. )    Cr. No. 06-207 (RWR)
)
KEVIN MILLER )
)

**FILED**

**NOV 2 2 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Trial, it is by the Court hereby

ORDERED that the Motion is GRANTED, that the trial date of January 4, 2007 is VACATED, and that trial is continued until January 8, 2007 at 9:30. I find it in the interests of justice to do so. Those interests outweigh the interests of the parties and the public in a speedier trial. The continuance is to permit the continuity of counsel. Speedy Trial time is excluded for that reason from January 4, 2007 to January 8, 2007.

SO ORDERED.

11-21-06
_____
DATE

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD