IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 06-207 (RWR) | |
| v. ) | | |
| ) | | |
| KEVIN MILLER ) | | |
| _____ ) | | |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

Defendant, Kevin Miller, through undersigned counsel, respectfully requests that the Court provide the following reasonable doubt instruction:

The government has the burden of proving the defendant guilty beyond a reasonable doubt. In civil cases, it is only necessary to prove that a fact is more likely true than not or, in some cases, that its truth is highly probable. In criminal cases such as this one, the government's proof must be more powerful than that. It must be beyond a reasonable doubt. Reasonable doubt, as the name implies, is a doubt based on reason–a doubt for which you have a reason based upon the evidence or lack of evidence in the case. If, after careful, honest, and impartial consideration of all the evidence, you cannot say that you are firmly convinced of the defendant's guilt, then you have a reasonable doubt.

Reasonable doubt is the kind of doubt that would cause a reasonable person, after careful and thoughtful reflection, to hesitate to act in the graver or more important matters in life. However, it is not an imaginary doubt, nor a doubt based on speculation or guesswork; it is a doubt based on reason. The government is not required to prove guilt beyond all doubt, or to a mathematical or scientific certainty. Its burden is to prove guilt beyond a reasonable doubt.

Red Book Instruction 2.09

      Respectfully submitted,

      A.J. KRAMER
      FEDERAL PUBLIC DEFENDER

      _____
      LARA G. QUINT
      Assistant Federal Public Defender
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004
      (202) 208-7500