IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-207 (RWR) |
| v.                     ) | |
| ) | |
| KEVIN MILLER            ) | |
| _____) | |

**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

Defendant Kevin Miller, through undersigned counsel, respectfully submits the following objection to the government's additional proposed jury instructions.

In a filing dated December 18, 2006 and entitled "Government's Separate Submission of Trial Materials," the government asked the Court to provide a jury instruction addressing the fact that the police in the above-captioned case did not attempt to lift fingerprints from the physical evidence.[1] Mr. Miller objects to such an instruction based on the fact that it affords disproportionate weight to a particular type of evidence in the case and that Metropolitan Police Department ("MPD") regulations specifically state that efforts *shall* be made to lift fingerprints from firearms.

With regard to the latter point, MPD Special Order SO-03-04, entitled Intake Guidelines for Firearms Cases, states that when a firearm is not found on the defendant's person, the CSSO shall, *inter alia*, "fingerprint the weapon, magazine and ammunition recovered using the superglue method (unless the Forensic Sciences Lab personnel determine that another method would have a better likelihood of success because of the surface involved.)"

---

[1]Proposed instruction (3) in the Government's submission.

For the reasons set forth above, Mr. Miller objects to the Government's proposed jury instruction regarding the fingerprinting of physical evidence.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____

        LARA G. QUINT
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500