THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-207 (RWR) |
| v. | ) | |
| | ) | |
| KEVIN MILLER | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Mr. Miller's Motion to Strike Surplusage, it is by the Court hereby

ORDERED that the Motion is DENIED.

SO ORDERED.


_____                    _____

DATE                                                                RICHARD W. ROBERTS
                                                                         UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD