THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-207 (RWR) |
| v. ) | |
| ) | |
| KEVIN MILLER ) | |
| _____ ) | |

## ORDER

Upon consideration of Mr. Miller's Motion to Strike Surplusage, it is by the Court hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

_____       _____

DATE                         RICHARD W. ROBERTS
                             UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD