IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | Cr. No. 06-207 (ESH) | |
| v. ) | | |
| ) | | |
| **KEVIN MILLER** ) | | |
| _____) | | |

MOTION CONCERNING VOIR DIRE

Kevin Miller, by and through his attorneys, Lara Quint and Dani Jahn, Assistant Federal Public Defenders, hereby respectfully requests that the following question be added to the Court's list of standard voir dire questions and included among those asked of potential jurors during the voir dire process.

1. During the course of trial, you will hear evidence that Mr. Miller has previously been convicted of a crime. This evidence is being introduced for specific, limited purposes. The Court will instruct you as to the limited purposes for which you may consider this evidence and will specifically instruct you that you may not consider this evidence to conclude that Mr. Miller has a bad character or a criminal propensity. Do any of you feel you would not be able to follow this instruction? Do any of you feel that, because of Mr. Miller's prior conviction, he is more likely than any other person to have possessed a gun?

        Respectfully submitted,

        A.J. KRAMER
        Federal Public Defender


        \_\_\_/s/_____
        LARA G. QUINT
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, DC  20004
        (202) 208-7500

Case 1:06-cr-00207-RWR    Document 26    Filed 01/08/2007    Page 3 of 3