THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Cr. No. 06-207 (RWR) |
| v. | ) | |
| | ) | |
| **KEVIN MILLER** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Mr. Miller's Motion Concerning Voir Dire, it is by the Court hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

_____            _____

DATE                                    RICHARD W. ROBERTS
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint, AFPD