UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U S

vs.

Miller

~~Civil~~/Criminal No. 06 - 207

## NOTE FROM JURY

Please send in the weapon. The Jury
would like examine it.

Date: 10 JAN '06

Time: 335

FOREPERSON

CO-109A