UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      )
                               )
                               )
                               )
     v.                        ) Criminal Action No. 06-207 (RWR)
                               )
KEVIN M. MILLER,               )
                               )
          Defendant.           )
                               )

### VERDICT FORM

With respect to unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year on or about June 20, 2006, we the jury find the defendant:

Not Guilty __0__      Guilty __12__

Signed:

_____          10 JAN 2006
       Foreperson                        Date