UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal Action No. 06-207 (RWR) |
| ) | |
| KEVIN M. MILLER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is hereby

ORDERED that the referral to the United States Probation Office for a pre-sentence investigation report be, and hereby is, SUSPENDED. It is further

ORDERED that the April 13, 2007 sentencing date and the March 30, 2007 pre-sentencing memoranda due date be, and hereby are, VACATED.

SIGNED this 16th day of February, 2007.

_____
RICHARD W. ROBERTS
United States District Judge