**WARRANT FOR ARREST**

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA  V.  **KELVIN M. MILLER AKA KEVIN MILLER** | DOCKET NO 6-207 | MAGIS NO 6-283M |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED  KEVIN MILLER  FILED  JUN 1 8 2007  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT | |
| WAr | :ICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FIREARM POSSESSION BY CONVICTED FELON

FAILURE TO COMPLY WITH RELEASE CONDITIONS

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION   21 USC 841a | |
|---|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  RICHARD W. ROBERTS | JUDGE/MAGISTRATE JUDGE  RICHARD W. ROBERTS | DATE ISSUED  1/18/07 |
| CLERK OF COURT  Nancy Mayer-Whittington | BY DEPUTY CLERK  *Linda L Romero* | DATE  1/18/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  01/18/07 | NAME AND TITLE OF ARRESTING OFFICER  William Martin DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED  06/18/07 | | |