IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 06-207 (RWR) |
| v. ) | |
| ) | |
| KEVIN MILLER ) | |
| ) | |

### DEFENDANT'S MOTION TO RECONSIDER BOND

Defendant Kevin Miller, through undersigned counsel, respectfully requests this Honorable Court to reconsider the bond determination made by Magistrate Judge Facciola.

Following his conviction on January 10, 2007, this Court ordered Mr. Miller placed in the High Intensity Supervision Program. The Court ordered Mr. Miller to report to the Pretrial Services Agency on January 11th for placement and Mr. Miller failed to do so. On January 18th, the Court issued a bench warrant. The warrant was executed on June 18th and Magistrate Judge Facciola ordered Mr. Miller held without bond. Neither undersigned counsel nor counsel for the government was present at the bond hearing. Mr. Miller has requested that counsel move for reconsideration of his bond determination.

It is counsel's understanding that, on January 11th, Mr. Miller alerted the Pretrial Services Agency that he could not participate in orientation because he was at the hospital with his girlfriend and one of his newborn twins. Between that time and the time of his arrest, Mr. Miller remained gainfully employed. On June 18th, it was Mr. Miller who turned himself in to the arresting officers.

WHEREFORE, Mr. Miller requests that this Court reconsider his bond status and release him directly into the High Intensity Supervision Program.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500