THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | No. 06-207 (RWR) | |
| v.            ) | | |
| ) | | |
| **KEVIN MILLER**          ) | | |
| _____ ) | | |

**ORDER**

Upon consideration of defendant's Motion to Reconsider Bond, it is by the Court hereby

ORDERED that the motion is GRANTED and that Mr. Miller shall be released into the

High Intensity Supervision Program.

SO ORDERED.

_____          _____
DATE                                                                                      THE HONORABLE RICHARD W ROBERTS
                                                                                               UNITED STATES DISTRICT JUDGE


Copies to:
Michael Liebman, AUSA
Lara Quint. AFPD