## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                           )          **No. 06-207 (RWR)**

          v.             )
                           )

KEVIN MILLER           )
_____)

FILED

AUG 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant's Motion to Reconsider Bond, it is by the Court hereby

DENIED.

ORDERED that the motion is ~~GRANTED and that Mr. Miller shall be released into the~~

~~High Intensity Supervision Program.~~

SO ORDERED.

_____
8/3/07
DATE

_____
THE HONORABLE RICHARD W ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:
Michael Liebman, AUSA
Lara Quint. AFPD