IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 06-207 (RWR) |
| v. ) | |
| ) | |
| KEVIN MILLER ) | |
| ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Kevin Miller, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing currently scheduled for September 21, 2007. In support of his motion, Mr. Miller states the following:

Undersigned counsel is currently involved in an lengthy trial before Judge Lamberth. It is estimated to last another two full weeks. While Judge Lamberth does not sit on Fridays, in light of her trial-related responsibilities, counsel does not believe she will be adequately prepared for Mr. Miller's sentencing by next Friday. Counsel requests additional time to be able to write a sentencing memorandum on Mr. Miller's behalf, as well as to meet with her client in preparation for sentencing.

The trial in which counsel is involved is estimated to end the first week of October. Counsel believes she can prepare a sentencing memorandum by October 5, 2007 and requests a sentencing date thereafter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500