THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 06-207 (RWR) |
| v. ) | |
| ) | |
| KEVIN MILLER ) | |
| _____ ) | |

## ORDER

Upon consideration of Mr. Miller's Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the sentencing date of September 21, 2007 is VACATED and that sentencing is scheduled for _____, 2007.

SO ORDERED.

_____            _____
DATE                              THE HONORABLE RICHARD W. ROBERTS
                                  UNITED STATES DISTRICT JUDGE

Copies to:

Michael Liebman, AUSA
Lara Quint, AFPD