UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         : Cr. No. 06-207-RWR
                                     :
    **v.**                          : Status Hearing:  8/1/2006
                                     :
**KEVIN M. MILLER,**                 :
    **Defendant**                   :

    Government's Notice Of Change Of Address And Phone Number Of
                         <u>Assigned Prosecutor</u>

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides notice of a new address and phone number of the assigned prosecutor in this matter.  The updated address information is as follows:  555 Fourth Street, N.W., room 9826, Washington, D.C. 20530.  The updated phone number is:  (202) 305-1396.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

                                /s/
    by:  _____
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 9826
        Washington, D.C.  20530
        305-1396
        mliebman@usdoj.gov