**HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** <u>06-CR-207</u> |
| | : | |
| **vs.** | : | OCT 2 9 2007 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S DISTRICT COURT |
| **MILLER, Kevin M.** | : | **Disclosure Date:** <u>August 17, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_[signature]_     → *To final draft re: application of enhancement for*    _10/29/07_
**Prosecuting Attorney**                               **Date**

*use of firearm/ammunition in connection w/another felony offense, USSG 2K2.1(b)(6) as outlined in sentencing memorandum pages 6-11.*

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment. ·· RESOLVED

_Kevin_                             _[signature]_
**Defendant**           **Date**             **Defense Counsel**     **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 31, 2007**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer