**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

August 31, 2007

Kathie McGill
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

### Re: United States v. Kevin Miller (CR 06-207)

Dear Ms. McGill:

Below please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case and dated August 16, 2007.

### Objections and Comments

(1). The defendant strongly objects to the four-point "specific offense characteristic" enhancement set forth in paragraph 13. The Probation Office has increased Mr. Miller's base offense level by four points on the theory that Mr. Miller possessed the weapon and ammunition in this case "in connection with the commission of another felony" because he was *originally standing with two individuals involved in the sale of heroin*. Mr. Miller was charged, in a one-count indictment, with Unlawful Possession of a Firearm in violation of 18 U.S.C. § 922(g). He was neither charged with, nor convicted of, any offense involving illegal substances. Had the government had the evidence to do so, they surely would have charged Mr. Miller with conspiracy to distribute narcotics or with the attempt to do so. Indeed, the police report in this case states that it was "revealed that Mr. Miller was not involved in the narcotics transaction with the undercover officer." (PD 163).

(2). In light of the objection set forth in paragraph (1). Mr. Miller objects to the total offense level as calculated in paragraph 20. Mr. Miller submits that the appropriate total offense level is 24.

(3). Mr. Miller objects to the guideline calculation presented in paragraph 63. In accordance with paragraphs (1) and (2) above, Mr. Miller submits that the appropriate guideline range is 92-115 months.

Very truly yours,

Lara G. Quint
Assistant Federal Public Defender

cc: Mike Liebman, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20001