UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

               vs.        :   Criminal No.   06-207- RWR

KEVIN MILLER        :

## NOTICE OF APPEAL

**FILED**
NOV 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant:**   Kevin Miller

**Name and address of appellant's attorney:**   Lara G. Quint
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**

18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

**Concise statement of judgment or order, giving date, and any sentence:**

Count 1: dismissed by the Court. Count 1s: sentenced to One Hundred Ten (110) months incarceration, followed by Thirty-Six (36) months supervised release. No fine is imposed. A $100.00 special assessment is imposed. Bond Status of Defendant: defendant committed/commitment issued

**Name of institution where now confined, if not on bail:** DC Jail

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

11-15-07
DATE

Kevin Miller
APPELLANT

☒, NO FEE  FPD
PAID USDC FEE _____
PAID USCA FEE _____

ATTORNEY FOR APPELLANT

Docketing Statement submitted